

**IN UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE.**

\*\*\*

| | |
|---|---|
| FREDERICK O. SILVER.<br>Plaintiff,<br>vs.<br>BARCLAYS BANK DELAWARE, ET AL,<br>Defendants. | CASE NO: 1:21-cv-01630-RGA<br><br>HEARING REQUESTED.<br><br>The Honorable Richard G. Andrews. |

TO: The Honorable Richard G. Andrews

### **PLAINTIFF'S MOTION TO TAKE JUDICIAL NOTICE UNDER FEDERAL RULES OF EVIDENCE RULE 201 TO THE HONORABLE RICHARD G. ANDREWS.**

Under 28 U.S.C. § 1746, I, Frederick-Omoyuma: Silver, well known and credible Living Flesh, with Blood Man of Lawful age and qualified in all Respect files this Affidavit and Plaintiff's Motion To Take Judicial Notice Under Federal Rules Of Evidence Rule 201 To The Honorable Richard G. Andrews.

That I, Frederick-Omoyuma: Silver, I am the Plaintiff in this Case, I am submitting this Judicial Notice before this Court.

Before this is a suit against the named defendants for the for Violations of the Law, but not limited to The Fair Credit Reporting Act, 15 U.S.C. § 1681 et seq.

That attached to this Notice is a copy of plaintiffs' credit reported generated on 20th day of September 2022, show that the Defendant's continued inaccurate, false and misleading credit reporting.

### **ARGUMENT**

A Court may take judicial notice of adjudicative facts that are not subject to reasonable dispute where (1) they are generally known within the Court's territorial jurisdiction; or (2) they can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned.

See FED. R. EVID. 201(a)-(b). The facts surrounding this case, including those about which Plaintiff seek judicial notice, meet the test enunciated in Rule of Evidence 201

**Meet And Confer Requirement**

Before filing this Document, Plaintiff did not Confer with Jessica C Watt as Plaintiff believes that Jessica C Watt, is acting without authority from Defendant's, Barclays Bank Delaware and Barry Rodrigues, Strict proof on the Record is demanded.

Respectfully submitted this 20th Day of September 2022.

<u>By:/s/ Frederick O. Silver</u>
*Frederick O. Silver*
Email: ASCLV1@gmail.com

# CERTIFICATE OF SERVICE.

I hereby certify that on the 20th Day of July 2022 a copy of the Document was filed through the CM/ECF filing system of The U.S. District Court for the District of Delaware which will be sent electronically to the registered participants as identified and the Clerk of Court.

1. Jessica C. Watt (#5932)

    Ballard Spahr LLP, 919 N. Market Street,

    11th Floor Wilmington, DE 19801-3034

    Phone: (302) 252-4465 Facsimile: (302) 252-4466

2. Jonathan Marmo | Holland & Knight

    Associate Holland & Knight LLP

    2929 Arch Street, Suite 800 | Philadelphia, Pennsylvania 19104

    Phone 215.252.9568 | Fax 215.867.6070 | Mobile 516.395.1230

    jonathan.marmo@hklaw.com | www.hklaw.com

**Attorneys for Defendants.**

Dated this 20th day of September 2022.

# EXHIBIT

# EXHIBIT



| **BARCLAYS BANK DELAWARE** | | **$968** |
|---|---|---|
| 36 potentially negative months | | Closed |

## Account info

| | | | |
|---|---|---|---|
| Account name | **BARCLAYS BANK DELAWARE** | Balance | **$968** |
| Account number | **000330XXXXXXXXX** | Balance updated | **Sep 01, 2022** |
| Original creditor | **-** | Credit limit | **$700** |
| Company sold | **-** | Monthly payment | **-** |
| Account type | **Credit Card** | Past due amount | **$968** |
| Date opened | **May 25, 2019** | Highest balance | **-** |
| Open/closed | **Closed** | Terms | **Revolving** |
| Status | **Charge-off** | Responsibility | **Individual** |
| Status updated | **Mar 2020** | Your statement | ****CONSUMER STATEMENT** LITIGATION PENDING.** |

## Payment history

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2022 | CO | CO | CO | CO | CO | CO | CO | CO | CO | — | — | — |
| 2021 | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO |
| 2020 | 120 | 120 | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO |
| 2019 | — | — | — | — | — | — | ● | ● | ● | 60 | 90 | 120 |

- ● On time
- CO Charge off
- 60 days late
- 90 days late
- 120+ days late
- — Data unavailable

## Contact info

| | |
|---|---|
| Address | **PO BOX 8803 WILMINGTON, DE 19899** |
| Phone number | **(888) 232-0780** |

## Comments

**Account information disputed by consumer**